In Re: Vida v. Brainvire Infotech Inc.
Case No. 23–42132–elm7 –7
Adv. No. 24–04075–elm

# SUMMONS SERVICE EXECUTED

I, Kenneth A. Hill

of** Quilling, Selander, Lownds, Winslett & Moser, P.C.

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 18th day of September, 2024 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Brainvire Infotech Inc.

the defendant in this proceeding, by *{describe here the mode of service}*

First class mail, postage prepaid, & certified mail return receipt requested.

the said defendant at

Brainvire Infotech Inc.
Reg. Agent: Chintan Shah
2201 W. Royal Ln., Suite 110
Irving, TX 75063

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 9/18/2024          */s/ Kenneth A. Hill*
           *(Date)*                  *(Signature)*

** QSLWM, P.C. 2001 Bryan Street, Suite 1800, Dallas, TX 75201
*State mailing address*